**REMAND/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4949-GW-PLAx | Date | September 5, 2019 |
|---|---|---|---|
| Title | *Gordon W. Hibbard, et al. v. Ford Motor Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anh X. Nguyen | Charles F. Harlow, by telephone |

**PROCEEDINGS:** PLAINTIFF'S MOTION TO REMAND [11]

Court hears further argument. Based on the tentative issued on August 29, 2019, and for reasons stated on the record, Plaintiff's Motion is GRANTED. The Court orders that this matter be remanded forthwith to the Los Angeles County Superior Court, County of Los Angeles for further proceedings.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |